```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ROSALIND WANG
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:(213) 894-8452
     Facimile: (213) 894-0142
     E-mail: rosalind.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ISIDRO ESPINOZA-NUNEZ,<br><br>　　　　　　Defendant. | No. CR 04-945-RMT<br>　　　CV 07-5859-RMT<br><br><br><br>[~~PROPOSED~~] ORDER |

　　　GOOD CAUSE BEING SHOWN, Plaintiff United States of America's motion to extend time to file its response to Defendant's motion for relief pursuant to 28 U.S.C. § 2255 is granted.

//

//

1  The government shall file a response to defendant's motion by April
2  14, 2008.  Any reply by defendant shall be filed no later than May 5,
3  2008.

DATED: February 22, 2008

_____
HONORABLE ROBERT M. TAKASUGI
United States District Judge

Presented by:

__/s/_____
ROSALIND WANG
Assistant United States Attorney

2